**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| L.H., D.J., B.P., and J.F., on behalf of their minor children, ) ) ) Plaintiffs, ) ) v. ) ) INDEPENDENCE SCHOOL DISTRICT, ) ) Defendant. ) | Case No.<br><br>**HEARING REQUESTED** |

## Motion for Preliminary Injunction

Pursuant to Federal Rule of Civil Procedure 65(a) and for the reasons set forth in the accompanying suggestions in support, Plaintiffs respectfully request this Court enter a preliminary injunction prohibiting Defendant, its agents, servants, employees, and attorneys from enforcing its policy of automatically removing library materials from student access upon receiving a challenge to such material, while this lawsuit is determined on the merits.

Plaintiffs are likely to prevail on the merits and be irreparably harmed without an injunction; while an injunction's issuance would inflict little on or no harm upon Defendant and would be in the public interest. *See Dataphase Systems, Inc. v. C L Systems, Inc.*, 640 F.2d 109, 114 (8th Cir. 1981) (en banc).

Bond should be set at $100.00. *See* Fed. R. Civ. P. 65(c).

Respectfully submitted,

/s/ Gillian R. Wilcox
Gillian R. Wilcox, #61278MO
ACLU of Missouri Foundation
406 West 34th Street, Ste. 420
Kansas City, Missouri 64111
Phone: 816/470-9938

Fax: 314/652-3112
gwilcox@aclu-mo.org

Jessie Steffan, #64861MO
ACLU of Missouri Foundation
906 Olive Street, Ste. 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114
jsteffan@aclu-mo.org

**Attorneys for Plaintiffs**

Certificate of Service

I certify that a copy of the foregoing was served by special process service on the Independence School District.

/s/ Gillian R. Wilcox