IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| L.H., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Independence School District, <br><br> Defendant. | Case No. 4:22-cv-00801-RK |

## ENTRY OF APPEARANCE
## AND DESIGNATION OF LEAD COUNSEL

Attorney J. Drew Marriott, of EdCounsel, LLC, hereby enters his appearance and designation of lead counsel on behalf of Defendant, Independence School District.

Respectfully submitted,

EDCOUNSEL, LLC

By: /s/ *J. Drew Marriott*
  J. Drew Marriott, #63059
  dmarriott@edcounsel.law
  Matthew D. Wilson #59966
  mwilson@edcounsel.law
  Ryan S. VanFleet, #64210
  rvanfleet@edcounsel.law
  201. N. Forest Ave., Ste. 200
  Independence, MO  64050
  (816) 252-9000
  (855) 252-9009 (facsimile)
ATTORNEYS FOR DEFENDANT
INDEPENDENCE SCHOOL DISTRICT

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed and served upon all attorneys of record, through the Court's electronic filing and service system, on December 16, 2022:

                                          */s/ J. Drew Marriott*
                                              Attorney for Defendant