IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| L.H., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Independence School District, <br><br> Defendant. | Case No. 4:22-cv-00801-RK |

ENTRY OF APPEARANCE
AND DESIGNATION OF LEAD COUNSEL

Attorney Matthew D. Wilson, of EdCounsel, LLC, hereby enters his appearance on behalf of Defendant, Independence School District. J. Drew Marriott is designated as lead counsel.

Respectfully submitted,

EDCOUNSEL, LLC

By: /s/ Matthew D. Wilson
    J. Drew Marriott, #63059
    dmarriott@edcounsel.law
    Matthew D. Wilson #59966
    mwilson@edcounsel.law
    Ryan S. VanFleet, #64210
    rvanfleet@edcounsel.law
    201. N. Forest Ave., Ste. 200
    Independence, MO 64050
    (816) 252-9000
    (855) 252-9009 (facsimile)
ATTORNEYS FOR DEFENDANT
INDEPENDENCE SCHOOL DISTRICT

## CERTIFICATE OF SERVICE

      I certify that the foregoing was filed and served upon all attorneys of record, through the Court's electronic filing and service system, on December 16, 2022:

                                                     /s/ Matthew D. Wilson
                                                         Attorney for Defendant