IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| L.H., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Independence School District, <br><br> Defendant. | Case No. 4:22-cv-00801-RK |

### ENTRY OF APPEARANCE
### AND DESIGNATION OF LEAD COUNSEL

Attorney Ryan S. VanFleet, of EdCounsel, LLC, hereby enters his appearance on behalf of Defendant, Independence School District. J. Drew Marriott is designated as lead counsel.

    Respectfully submitted,

    EDCOUNSEL, LLC

    By: */s/ Ryan s. VanFleet*
        J. Drew Marriott, #63059
        dmarriott@edcounsel.law
        Matthew D. Wilson #59966
        mwilson@edcounsel.law
        Ryan S. VanFleet, #64210
        rvanfleet@edcounsel.law
        201. N. Forest Ave., Ste. 200
        Independence, MO  64050
        (816) 252-9000
        (855) 252-9009 (facsimile)
    ATTORNEYS FOR DENFENDANT
    INDEPENDENCE SCHOOL DISTRICT

# CERTIFICATE OF SERVICE

I certify that the foregoing was filed and served upon all attorneys of record, through the Court's electronic filing and service system, on December 16, 2022:

*/s/ Ryan S. VanFleet*
Attorney for Defendant
