IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| L.H., D.J., B.P., and J.F., on behalf of their minor children, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:22-cv-00801-RK |
| INDEPENDENCE SCHOOL DISTRICT, | ) ) ) | |
| Defendant. | ) | |

## DESIGNATION OF MEDIATOR

The parties jointly designate Nancy Kenner from the Court's List of Mediators to conduct the mediation in this case. The mediation will be held on April 5, 2023. The parties' deadline to mediate was extended by the MAP Director.

Date: January 30, 2023.

    Respectfully submitted,

*/s/ Gillian R. Wilcox*
Gillian R. Wilcox, #61278MO
ACLU of Missouri Foundation
406 West 34th Street, Ste. 420
Kansas City, Missouri 64111
Phone: 816/470-9938
Fax: 314/652-3112
gwilcox@aclu-mo.org

Jessie Steffan, #64861MO
ACLU of Missouri Foundation
906 Olive Street, Ste. 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114
jsteffan@aclu-mo.org

*Attorneys for Plaintiffs*

EDCOUNSEL, LLC
By: */s/ Ryan S. VanFleet*
J. Drew Marriott, #63059
dmarriott@edcounsel.law
Matthew D. Wilson #59966
mwilson@edcounsel.law
Ryan S. VanFleet, #64210
rvanfleet@edcounsel.law
201. N. Forest Ave., Ste. 200
Independence, MO 64050
(816) 252-9000
(855) 252-9009 (facsimile)

*Attorneys for Defendant*