IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| L.H., D.J., B.P., and J.F., on behalf of their minor children, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 4:22-cv-00801-RK |
| | )<br>) |
| INDEPENDENCE SCHOOL DISTRICT, | )<br>) |
| Defendant. | ) |

**Certificate of Service for Plaintiff's First Requests for Production of Documents and First Set of Interrogatories to Defendant Independence School District**

Undersigned counsel for Plaintiff hereby certifies that on March 6, 2023, Plaintiff's First Requests for Production of Documents and First Set of Interrogatories were sent via email to counsel for Defendant:

EDCOUNSEL, LLC
J. Drew Marriott
dmarriott@edcounsel.law
Ryan S. VanFleet
rvanfleet@edcounsel.law
201 N. Forest Ave., Ste. 200
Independence, MO 64050
(816) 252-9000
(855) 252-9009 (facsimile)

Respectfully submitted,

/s/ Gillian R. Wilcox
GILLIAN R. WILCOX, #61278
ACLU of Missouri Foundation
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
gwilcox@aclu-mo.org

**ATTORNEY FOR PLAINTIFFS**