IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| L. H., ON BEHALF OF THEIR MINOR CHILDREN; D. J., ON BEHALF OF THEIR MINOR CHILDREN; B. C., ON BEHALF OF THEIR MINOR CHILDREN; AND J. F., ON BEHALF OF THEIR MINOR CHILDREN;<br><br>Plaintiffs,<br><br>v.<br><br>INDEPENDENCE SCHOOL DISTRICT,<br><br>Defendant. | Case No. 4:22-cv-00801-RK |

## ORDER APPOINTING NEXT FRIENDS

Before the Court is L.H., D.J., B.P., and J.F's consent motion for appointment of next friend, filed on behalf of their minor children, the real parties in interest in this litigation. (Doc. 37.) Plaintiffs L.H., D.J., B.P., and J.F. are the parents of minor children who attend schools within the Independence School District. (Docs. 8-7, 8-8, 8-9, 8-10.) Plaintiffs L.H., D.J., B.P., and J.F. are all their respective children's general guardians (parents), have legal and physical custody of their children, are competent and consent to be appointed next friend for their minor children in this case. Mediation in this case has been scheduled for April 5, 2023. (Doc. 30.) Federal Rule of Civil Procedure 17(c) states, in relevant part: "[a] minor . . . who does not have a duly appointed representative may sue by a next friend[.]"

Plaintiff's request is **GRANTED**. Plaintiffs L.H., D.J., B.P., and J.F. are appointed as next friends of their respective minor children in this case.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: March 23, 2023